UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OSCAR ENMANUEL CARCAMO MORAN,

       Plaintiff,

-v-

PIZZA ON STONE, LLC d/b/a Adrienne's Pizza Bar *et al.*,

       Defendants.

No. 17-cv-7643 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/18

RICHARD J. SULLIVAN, District Judge:

On October 11, 2018, the Court held a fairness hearing on the proposed settlement in this case (Doc. No. 46-1). *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015). As set forth on the record at the fairness hearing, the Court found that the settlement was fair and reasonable, particularly in light of Plaintiff's range of possible recovery, the seriousness of the litigation risks faced by the parties, and the fact that the settlement was the product of arm's-length bargaining without the possibility of fraud or collusion. *See Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335–37 (S.D.N.Y. 2012). In addition, the Court found the attorney's fees and costs of one third of the value of the net settlement agreement to be fair and reasonable. Accordingly, IT IS HEREBY ORDERED THAT the settlement is approved. The Court retains jurisdiction to enforce the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994). The Clerk of Court is respectfully requested to close this case.

SO ORDERED.

Dated:  October 11, 2018
     New York, New York

                RICHARD J. SULLIVAN
                UNITED STATES DISTRICT JUDGE